IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01013–CMA–KMT

CORPORATE STOCK TRANSFER, INC.,

     Plaintiff,

v.

AE BIOFUELS, INC., and
SURENDRA KUMAR AJJARAPU,

     Defendants.

---

**ORDER**

---

This matter came before this Court on July 30, 2009 for a Scheduling Conference.  The

parties, at that time, requested that the Court delay ruling on the "Motion for Delivery of

Possession of Stock Certificate Into Possession and Control of Clerk of the Court" [Doc. No. 2]

and "Motion for Entry of Show Cause Order to Discharge Plaintiff from Liability and

Injunction" [Doc. No. 8], suggesting the issues would likely be resolved without court

intervention.

    Defendant Surendra Kumar Ajjarapu's "Motion for Leave to File an Amended and

Restated Complaint, etc." [Doc. No. 37] implies that the issues in the motions have been

resolved.  To date, however, no motion to withdraw the motions has been filed, nor has any party

responded to the motions.

It is therefore **ORDERED**

Plaintiff Corporate Stock Transfer, Inc. shall file a status report or other appropriate motion on or before September 22, 2009 addressing the status of the pending motions described herein.

Dated this 17th day of September, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge