IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01013–CMA–KMT

SURENDRA KUMAR AJJARAPU, and
SANDHYA AJJARAPU

      Plaintiff,

v.

AE BIOFUELS, INC.,
CRONE ROZYNKO, LLP, and
CORPORATE STOCK TRANSFER, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion for Enlargement of Time to Respond to Discovery Requests Submitted by the Defendant, AE Biofuels, Inc." (Doc. No. 51) is GRANTED in part. Plaintiffs shall have up to and including October 30, 2009, to respond to the discovery requests.

A motion hearing will be held on November 10, 2009, at 9:45 a.m. regarding Defendant AE Biofuels, Inc.'s "Motion to Compel Discovery" (Doc. No. 49). The parties shall file joint status reports no later than November 6, 2009, to advise the court whether the motions hearing will be necessary.

The dispositive motions deadline set at the Preliminary Scheduling Conference is VACATED, to be reset at the Scheduling Conference on November 10, 2009.

Dated: October 21, 2009