IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01013–CMA–KMT

SURENDRA KUMAR AJJARAPU, and
SANDHYA AJJARAPU

      Plaintiff,

v.

AE BIOFUELS, INC.,
CRONE ROZYNKO, LLP, and
CORPORATE STOCK TRANSFER, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Amend the Scheduling Order" (#79, filed) is GRANTED and the Amended Joint Scheduling Order is entered this date.

Dated: December 01, 2009.