IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01013-CMA-KLM

SURENDRA KUMAR AJJARAPU,
SANDHYA AJJARAPU,

     Plaintiffs,

v.

AE BIOFUELS, INC., and
CORPORATE STOCK TRANSFER, INC.,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION

This matter is before the Court on the Stipulation for Dismissal With Prejudice and Request for Court to Retain Jurisdiction to Enforce Agreement Between Defendants (Doc. # 147).  The Court being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own fees and costs, except as otherwise provided in the Agreement dated October 17, 2011 between the Defendants.  It is

FURTHER ORDERED that the Court shall retain jurisdiction over the Defendants herein solely to resolve disputes between them relating to and/or to enforce the October 17, 2011 Agreement.  It is

FURTHER ORDERED that the Final Trial Preparation Conference set for October 28, 2011, and the five-day Jury Trial set to commence on November 14, 2011, are VACATED.

DATED: October   26  , 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge